```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 07854
    JANICE L QUARTMAN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-3767

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/01/2008 and was not confirmed.

    The case was dismissed without confirmation 10/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
GMAC MORTGAGE CORPORATIO  NOTICE ONLY     NOT FILED         .00            .00
ADVANCE AMERICA CASH LOA  UNSECURED       NOT FILED         .00            .00
AMERICAN CLEANING & REST  UNSECURED       NOT FILED         .00            .00
AMERICASH LOANS LLC       UNSECURED        1583.40          .00            .00
CAPITAL ONE               UNSECURED        2601.71          .00            .00
CAPITAL ONE               UNSECURED         634.12          .00            .00
LVNV FUNDING              UNSECURED         645.70          .00            .00
LVNV FUNDING              UNSECURED        9154.93          .00            .00
GREAT LAKES HIGHER EDUCA  UNSECURED       NOT FILED         .00            .00
GENEVA ROTH VENTURES      UNSECURED       NOT FILED         .00            .00
HOUSEHOLD FINANCE CORPOR  UNSECURED        7209.03          .00            .00
NATIONAL QUICK CASH       UNSECURED       NOT FILED         .00            .00
NICOR GAS                 UNSECURED       NOT FILED         .00            .00
PARK NATIONAL BANK        UNSECURED        3066.20          .00            .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED         .00            .00
SHELL MASTERCARD          UNSECURED       NOT FILED         .00            .00
COLUMBUS BANK & TRUST     UNSECURED       NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1352.28          .00            .00
AUTO TITLE LENDERS INC    UNSECURED       NOT FILED         .00            .00
USA PAYDAY LOAN           UNSECURED       NOT FILED         .00            .00
ECMC                      UNSECURED       16162.19          .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00           .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE       .00           .00            .00
AURORA LOAN SERVICES      CURRENT MORTG       .00           .00            .00
AURORA LOAN SERVICES      MORTGAGE ARRE    1054.00          .00            .00
GMAC MORTGAGE             CURRENT MORTG       .00           .00            .00
GMAC MORTGAGE             MORTGAGE ARRE     481.00          .00            .00
SOUTH CENTRAL BANK        CURRENT MORTG       .00           .00            .00
US BANK                   NOTICE ONLY     NOT FILED         .00            .00
AUTO TITLE LENDERS INC    SECURED NOT I    4080.00          .00            .00
ESSEX INSURANCE CO        SECURED NOT I    7674.13          .00            .00
SOUTH CENTRAL BANK        MORTGAGE ARRE     995.00          .00            .00
GMAC MORTGAGE             UNSECURED       NOT FILED         .00            .00
GMAC MORTGAGE             UNSECURED       NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,109.00         .00          1,267.83

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 07854 JANICE L QUARTMAN
```

```
TOM VAUGHN                    TRUSTEE                                        98.37
DEBTOR REFUND                 REFUND                                        273.24

         Summary of Receipts and Disbursements:
   -----------------------------------------------------------------------
                           RECEIPTS        DISBURSEMENTS
   -----------------------------------------------------------------------
TRUSTEE                    1,639.44

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,267.83
TRUSTEE COMPENSATION                              98.37
DEBTOR REFUND                                    273.24
                         ---------------   ---------------
TOTALS                     1,639.44            1,639.44
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 01/27/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE